IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:19-CR-3121 |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR ISSUANCE |
| TRAVIS L. FERGUSON, | ) | OF SUBPOENAS IN FORMA PAUPERIS |
| Defendant. | ) | |

THIS MATTER came before the Court on the  21st  day of   September          , 2020, on the Motion of the Defendant for an order allowing the issuance of Subpoenas In Forma Pauperis (filing  51  ), pursuant to Fed. R. Crim. P. 17 (b). The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court is ordered to issue the subpoenas as identified in Defendant's Motion and supporting Affidavit and as directed by the Defendant, and that the Defendant is relieved of any obligation to pay for the same. Said costs, if any, should be paid by the United States. Said subpoenas shall be served by the US Marshal service.

Dated this  21st  day of   September          , 2020.

BY THE COURT:

_Cheryl R. Zwart_
Cheryl R. Zwart
United States Magistrate Judge